```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


ALLEN J. FARMER,                :
                                :  Civil Action No. 12-5716 (SDW)
          Plaintiff,            :
                                :
          v.                    :  MEMORANDUM OPINION AND ORDER
                                :
GARY M. LANIGAN, et al.,        :
                                :
          Respondents.          :
```

THIS MATTER having come before the Court by motion filed by Plaintiff, Allen J. Farmer, seeking a preliminary injunction, (ECF No. 22), and this motion being considered on the papers pursuant to Rule 78 of the Federal Rules of Civil Procedure, and it appearing that:

1. On September 3, 2012, Plaintiff filed a Complaint alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983.

2. On April 9, 2013, Plaintiff filed a motion for a preliminary injunction. (ECF No. 22.) In his motion, Plaintiff alleges that he remains in "punitive segregation" and is restricted access to the law library and continues to suffer other conditions of confinement and retaliation as set forth in his Complaint. (*Id.*)

3. On September 6, 2013, Plaintiff renewed his application for preliminary injunctive relief based on the same allegations

as asserted in his Complaint and in his initial motion (ECF No. 22), by filing two separate applications for relief. (ECF Nos. 45, 46.)

4. By Letter Order filed on September 25, 2013, the Honorable Madeline Cox Arleo, U.S.M.J., denied Plaintiff's applications for preliminary injunctive relief on the grounds that Plaintiff "has administrative remedies available to him to seek redress." (ECF No. 49.)

5. Because Plaintiff's earlier motion for a preliminary injunction is virtually identical to his later applications for the same relief, the Court finds that Plaintiff's motion is now rendered moot pursuant to Judge Arleo's Letter Order of September 25, 2013, (ECF No. 49), which denied the same preliminary injunctive relief.

THEREFORE, for the foregoing reasons,

It is on this 23rd day of December, 2013,

ORDERED that Plaintiff's motion for a preliminary injunction (ECF No. 22) is DENIED as moot pursuant to Judge Arleo's Letter Order of September 25, 2013, (ECF No. 49), which denied the same relief; and it is further

ORDERED that the Clerk shall serve this Order upon Defendants through their counsel via electronic filing, and upon Plaintiff by regular mail.

*s/Susan D. Wigenton*
SUSAN D. WIGENTON
United States District Judge